# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Frances M. Jenner,

        Plaintiff,

    v.

Nancy A. Berryhill,
Acting Commissioner of
Social Security,

       Defendant.

Civil Action No.3:18-507

(Judge Mannion)

---

## ORDER

For the reasons cited in the foregoing memorandum of law, it is

**HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Plaintiff Frances M. Jenner and against the Commissioner of the Social Security Administration as set forth in the following paragraph:

2. This case is remanded for further proceedings to: (1) obtain a consultative examination and report from an acceptable medical source regarding Plaintiff's pillar pain and its effect, if any, on her ability to perform gainful employment; and (2) to reevaluate this case in light of

said report and the medical evidence previously

compiled; and

3. The Clerk of Court is directed to close this case.

*Malachy E. Mannion*
**MALACHY E. MANNION**
**UNITED STATES DISTRICT JUDGE**

**Dated: November 27, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-507-01 order.docx